No. 04-02-00678-CR



EX PARTE Manuel Victor BROWN





From the Criminal District Court, Magistrate Court, Bexar County, Texas


Trial Court No. 2002-W-0304


Honorable Andrew Carruthers, Judge Presiding



Per Curiam


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: December 11, 2002


MOTION TO DISMISS GRANTED; DISMISSED


 Appellant filed a motion to dismiss this appeal. The motion is granted. The appeal
is dismissed. See Tex. R. App. P. 42.2(a). Our mandate may be issued early upon proper
motion. Tex. R. App. P. 18.1(c). 

 Per Curiam

Do Not Publish